**Motion Granted; Order filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00406-CR

————————

**FOREST PENTON JUNIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1384434**

## ORDER

Appellant is represented by appointed counsel, Sarah V. Wood. Appellant's brief was originally due October 31, 2014. We granted two extensions of time to file appellants brief until January 20, 2015. When we granted the second extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 20, 2015, counsel filed a further

request for an extension of time to file appellant's brief. We grant the request for extension and issue the following order.

Accordingly, we order **Sarah V. Wood** to file a brief with the clerk of this court on or before **February 20, 2015**. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM